# RUTGERS

School of Law | Newark
Rutgers, the State University of New Jersey

**RUTGERS CIVIL JUSTICE CLINIC**                    Norrinda Brown Hayat, Esq., Director*
(formerly Rutgers Urban Legal Clinic)              Jon C. Dubin, Esq.
123 Washington Street, Newark, New Jersey 07102-3026
(973) 353-5576
(973) 353-3397 (fax)                               * Admitted to Practice  pursuant to Rule 1:21-3(c).


April 20, 2020

William T. Walsh, Clerk
U.S. District Court
Martin Luther King, Jr. Building
50 Walnut Street
Newark, NJ 07102

**RE: Name change request to Case Number 2:20-cv-03381-MCA-LDW**

Dear Mr. Walsh:

On March 30, 2020, we filed a complaint for the above mentioned matter on behalf of our client, Samantha Campaniello-Cason. Unfortunately, her first last name was spelled incorrectly in the case name. We are requesting that the last name is corrected from **Campanicello** to **Campaniello**. Please let us know if there are any issues or if we need to take any further action.

Thank you for your attention on this matter.


Sincerely,

s/Akua Dawes
s/Kamaria Guity
Clinical Law Student

s/Victor Monterrosa, Jr., Esq.
s/Norrinda Brown Hayat, Esq.
Supervising Attorney