# Bittiger Elias
# & Triolo P.C.

## ATTORNEYS AT LAW

JASON L. BITTIGER ᐃ
PAUL M. ELIAS ᐃ
PRISCILLA J. TRIOLO ᐃ
ROBERT A. DIEHL ᐃ

HOPE M. DEUTSCH
MICHAEL R. SPALTRO

ᐃ ADMITTED IN NEW YORK & NEW JERSEY

**REPLY TO NEW JERSEY OFFICE:**
12 ROUTE 17 NORTH, SUITE 206
PARAMUS, NEW JERSEY 07652
TEL: (201) 438-7770
FAX: (201) 438-5726
WWW.BITTLAW.COM

PRISCILLA J. TRIOLO
PTRIOLO@BITTLAW.COM

January 29, 2021

**Via ECF**
Hon. Magistrate Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street, Court Room MLK 4A
Newark, New Jersey 07102

Re:   **Campaniello-Cason et al v. O'Reilly**
      **Case No.: 2:20-cv-03381-MCA-LDW**

Dear Magistrate Judge Wettre:

As you are aware this firm represents Kevin O'Reilly in connection with the above-referenced matter. The Defendant has no objection to ECF Document Number 18 filed by Plaintiff and relies on the Court's evaluation of the matter.

Should Your Honor have any questions or concerns please contact our office. As always, the Court's courtesies and consideration in this matter are greatly appreciated.

Respectfully submitted,

PRISCILLA J. TRIOLO, ESQ.

PJT/sas
cc:   Norrinda Hayat, Esq.
      Kevin O'Reilly