# Bittiger Elias & Triolo P.C.
ATTORNEYS AT LAW

JASON L. BITTIGER [Δ]
PAUL M. ELIAS [Δ]
PRISCILLA J. TRIOLO [Δ]
ROBERT A. DIEHL [Δ]

HOPE M. DEUTSCH
MICHAEL R. SPALTRO

[Δ] ADMITTED IN NEW YORK & NEW JERSEY

**REPLY TO NEW JERSEY OFFICE:**
12 ROUTE 17 NORTH, SUITE 206
PARAMUS, NEW JERSEY 07652
TEL: (201) 438-7770
FAX: (201) 438-5726
WWW.BITTLAW.COM

PRISCILLA J. TRIOLO
PTRIOLO@BITTLAW.COM

May 7, 2021

**Via ECF**
Hon. Magistrate André M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street, Court Room MLK 2D
Newark, New Jersey 07102

Re: **Campaniello-Cason et al v. O'Reilly**
**Case No.: 2:20-cv-03381-MCA-LDW**

Dear Magistrate Judge Espinosa:

This firm represents Defendant, Kevin O'Reilly, ("Defendant") in the above captioned matter. Please receive this letter as a request for a conference to avoid motion practice. This matter has several issues that the Court may be able to resolve.

The Defendant asserted, and two of the Defendant's witnesses confirmed, that the Defendant permitted the Plaintiff and her three children to move into his two family house on an emergent basis because of serious domestic abuse, the need to relocate the Plaintiff out of a shelter, and to respond to an alleged court action with a Lease. The second floor of the Defendant's home was being renovated which work was not completed when the Plaintiff asked to move in immediately and at a reduced rent. The Defendant accommodated the Plaintiff on both issues by giving immediate occupancy with two weeks free rent and a reduced monthly rent.

The Plaintiff was not permitted to testify concerning the genesis of the occupancy under the representation of counsel that it is hurtful and embarrassing. Claims of racism are diametrically opposed to the Defendant's response and assistance to the Plaintiff. The basis for the emergent occupancy is relevant because it demonstrates the Defendant's character, empathy and concern for Plaintiff and her three children against allegations of

BITTIGER ELIAS & TRIOLO P.C.
Campaniello-Cason et al v. O'Reilly
May 7, 2021

_____

racism, which the Defendant has emphatically denied. The renovations were completed after occupancy because of the urgency created by the domestic abuse. The Plaintiff now has raised issues concerning the apartment's condition when she moved in as part of her claims. The Defendant asserts that the deposition should be reconvened for completion at the Plaintiff's costs.

In the depositions that did proceed, words were exchanged between counsel that were not helpful to the litigation process or for respect of the Court and were significantly disconcerting. We also believe that your attention to this matter is necessary.

Please advise if the Court is available to assist in this matter.

Respectfully submitted,

*/s/ Priscilla J. Triolo*

PRISCILLA J. TRIOLO, ESQ.

PJT/sas
cc:  Norrinda Brown Hayat, Esq. (via electronic mail)
     Kevin O'Reilly (via electronic mail)