# RUTGERS

School of Law | Newark
Rutgers, the State University of New Jersey

**RUTGERS CIVIL JUSTICE CLINIC**  Norrinda Brown Hayat, Esq., Director*
(formerly Rutgers Urban Legal Clinic)  Jon C. Dubin, Esq.
123 Washington Street, Newark, New Jersey 07102-3026
(973) 353-5576
(973) 353-3397 (fax)  * Admitted to Practice  pursuant to Rule 1:21-3(c).

September 24, 2021

**VIA ECF**
The Honorable André M. Espinosa
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ 07102

<u>**RE: CAMPANIELLO-CASON et al v. O'REILLY, (2:20-cv-03381-MCA-AME)**</u>

Dear Judge Espinosa:

We write in response to your September 8, 2021 Order (Docket Entry 42) directing the parties to submit a joint letter itemizing the issues, if any, including settlement to be discussed at the upcoming conference call. Opposing counsel consents to this joint letter. Neither party believes there are pending issues to be addressed prior to trial, with the exception of motions *in limine*. The parties have completed discovery. Plaintiff has made a settlement offer that Defendant has rejected. We are requesting that a new order be issued preparing this case to be made trial ready.

Respectfully submitted,
<u>s/Victor Monterrosa Jr., Esq.</u>
Victor Monterrosa Jr., Esq.
Norrinda Brown Hayat Esq.
Dina Mansour, Student Attorney
Lea Dyce, Student Attorney
Anthony Sirianni, Student Attorney
Jahmel Martin, Student Attorney
*Counsel for Plaintiffs*